JOSEPH L. STEINFELD, JR.
jsteinfeld@askllp.com
BRIGETTE MCGRATH
bmcgrath@askllp.com
GARY D. UNDERDAHL
gunderdahl@askllp.com
ASK LLP, 2600 Eagan Woods Drive
Suite 400, St. Paul, MN  55121
Tel: (651) 406-9665 / Fax: (651) 406-9676

*Counsel to Liquidating Trustee*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*.,<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER; |
| Howard Grobstein, Liquidating Trustee for the VHS Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>Abbott Rapid Diagnostics Informatics, Inc. fdba Alere Informatics, Inc.,<br><br>Defendant. | Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>Adversary No. 20-01492 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   ASK LLP, 2600 Eagan Woods Drive, Suite 400, Eagan, MN 55121.

A true and correct copy of the foregoing document entitled: **PLAINTIFF'S INITIAL DISCLOSURES AND FIRST SET DISCOVERY REQUESTS** will be served or was served in the manner stated below:

- 1 -

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the Court via NEF and hyperlink to the document. On _____
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL**: On January 13, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed:

Samuel Wisotzkey
Abbott Rapid Diagnostics Informatics, Inc. fdba Alere Informatics, Inc.
4650 North Port Washington Road, 2nd Floor
Milwaukee, Wisconsin 53212-1059

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

January 13, 2021

**ASK LLP**
2600 Eagan Woods Drive
Suite 400, St. Paul, MN  55121
Tel: (651) 406-9665 / Fax: (651) 406-9676
Joseph L. Steinfeld, Jr.
Brigette McGrath
Gary D. Underdahl

By: /s/ *Gary D. Underdahl*
    Gary D. Underdahl, MN SBN 0301693
    *(Admitted Pro Hac Vice)*

*Counsel for the Liquidating Trustee*